IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 1:12cv501-WHA ) |
| DOTHAN POLICE DEPARTMENT, et al., | )          (WO) ) |
| Defendants. | ) |

### **ORDER**

Upon an independent evaluation and *de novo* review of this case, including the Recommendation of the Magistrate Judge (Doc. #3) and the Plaintiff's objection, the court finds the objection to be without merit, and it is hereby OVERRULED. The court ADOPTS the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 1st day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE